# IN THE SUPREME COURT OF THE STATE OF NEVADA

TYSON RAYL ROBINSON,
                      Appellant,
            vs.
THE STATE OF NEVADA,
                   Respondent.

No. 74056

**FILED**

NOV 2 9 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order resolving a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court granted appellant the relief he requested in his petition. Thus, appellant is not aggrieved by the order. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Linda Marie Bell, District Judge
      Tyson Rayl Robinson
      Attorney General/Carson City
      Attorney General/Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVAOA

(O) 1947A

17-41090